■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. MERI KATHLEEN McCANN, Admitted on December 5, 1988, at a Term of the Appellate Division, First Department. PETER KUPERSMITH, Admitted on December 22, 1969, at a Term of the Appellate Division, First Department. KELLY KIKUGI IMAMURA, Admitted on July 28, 1981, at a Term of the Appellate Division, First Department. [691 NYS2d 761] —Motions granted and respondents reinstated as attorneys and counselors-at-law in the State of New York, effective the date hereof. No opinion. Concur—Ellerin, P. J., Nardelli, Williams, Mazzarelli and Saxe, JJ. [*See,* 247 AD2d 158.]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. MICHAEL L. ZIEGLER, Admitted in 1976, at a Term of the Appellate Division, Second Department. [— NYS2d —] —Motion granted and the unpublished order of this Court entered on May 6, 1999 (M-344.683) is recalled and vacated and the Opinion Per Curiam filed therewith is amended to vacate so much thereof as pertains to the above-named respondent. No opinion. Concur—Ellerin, P. J., Nardelli, Williams, Mazarelli and Saxe, JJ.

■ In the Matter of MARIO L. BEJASA, JR., a Disbarred Attorney. [— NYS2d —] —Application for reinstatement granted to the extent of referring this matter to a Referee for a hearing and report, as indicated. No Opinion. Concur—Tom, J. P., Mazzarelli, Lerner, Rubin and Buckley, JJ.